# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed June 27, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The mandate having issued on May 4, 2007, in Clintwood Elkhorn Mining Co. v. United States, Nos. 04-5155 & -5156 (Fed. Cir. May 4, 2007), reversed and remanded, 473 F.3d 1373 (Fed. Cir. 2007),

**IT IS ORDERED**, as follows:

1. The stay in this case is vacated.

2. Pursuant to ¶3 of the order entered on October 5, 2004, the parties shall file a Joint Status Report by July 12, 2007, proposing a course of further proceedings.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge