IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

---

As the Court requested in its Order of June 27, 2007, the parties present this joint status report and ask the Court to continue the suspension of proceedings in this case.

On June 7, 2003, the Court accepted the parties' stipulation that the defendant owes the plaintiff the principal sum of $331,678, payable without interest. By subsequent orders, the Court suspended proceedings until the appellate courts have finally determined all issues that could affect a final judgment.

On May 4, 2007, the Court of Appeals for the Federal Circuit issued a mandate in a case that decided those issues, *Clintwood Elkhorn Mining Co. et al. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). The United States is considering whether to petition the Supreme Court for a

writ of *certiorari*. Absent an extension, the United States must file its petition by August 2, 2007. *See* 28 U.S.C. § 2101(c). The appellate courts will not have finished consideration of the issues that could affect this case until one of the following events has occurred: (1) the United States has decided not to petition for *certiorari*; (2) the Supreme Court has denied the petition; or (3) the Supreme Court has granted the petition and has decided the case.

Once the appellate consideration of *Clintwood Elkhorn* has become final, the parties will ask this Court to enter a final judgment consistent with that decision.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted. The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

July 12, 2007