# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed July 13, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report and Motion for Continued Suspension filed on July 12, 2007,

**IT IS ORDERED**, as follows:

1. The Motion for Continued Suspension filed this date in connection with the Joint Status Report is granted, and this case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report by November 23, 2007, stating with particularity the status of proceedings, if any, of any proceeding that will result in a final judgment in Clintwood Elkhorn Mining Co. v. United States, 473 F.3d 1373 (Fed. Cir. 2007), or by August 31, 2007, if defendant does not petition for a writ of *certiorari*.

3. In the event that defendant does not seek appeal to the Supreme Court, the parties shall propose a schedule for further proceedings.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge