IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

---

In its Order of July 13, 2007, the Court asked the parties to file a status report by August 31, 2007, if the United States had not filed a petition for *certiorari* requesting review of *Clintwood Elkhorn Mining Co. et al. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). The United States has obtained an extension of time until September 9, 2007, in which to file such a petition. The parties ask the Court to continue the suspension of this case until September 10, 2007, when they will let the Court know if the United States has filed a petition,

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted. The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

August 31, 2007