IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# JOINT MOTION FOR ENLARGEMENT OF TIME

---

Pursuant to RCFC 6(b) and 6.1, the parties ask the Court for a one-day enlargement of time, from September 10 through September 11, 2007, inclusive, within which to file the joint status report required by the Court's Order of September 4, 2007. This is the first enlargement the parties have sought for this purpose. As good cause for this motion, the parties state that the defendant's trial attorney has learned that he must be out of the office on September 10; he will return on September 11.

WHEREFORE, the plaintiff and the defendant ask that this motion be granted.

The plaintiff agrees that defendant may submit this motion as a joint filing.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

September 4, 2007