IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

---

The parties report that on September 7, 2007, the United States filed a petition for *certiorari* requesting review of *Clintwood Elkhorn Mining Co. et al. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). When the Supreme Court has acted on the petition, the parties will report the action to this Court. Meanwhile, the parties ask the Court to continue the suspension of this case.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

September 11, 2007