# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed Sept. 14, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report and Motion for Continued Suspension filed on September 11, 2007,

**IT IS ORDERED**, as follows:

1. The Motion for Continued Suspension filed in connection with the Joint Status Report is granted, and this case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report within 15 days of a decision by the United States Supreme Court in Clintwood Elkhorn Mining Co. v. United States, 473 F.3d 1373 (Fed. Cir. 2007), on defendant's petition for a writ of *certiorari*.

3. In the event that defendant's petition is denied, the parties shall propose a schedule for further proceedings.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge