IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

As the Court requested in its Order of September 14, 2007, the parties report that the Supreme Court granted the defendant's petition for certiorari in *United States v. Clintwood Elkhorn Mining Co.*, No. 07-308 (U.S. Dec. 3, 2007). The decision in *Clintwood Elkhorn* should decide all the unresolved issues in the present case. When the Supreme Court renders its decision, the parties will so inform the Court. The parties ask that this Court continue the suspension of this case until such time as the Supreme Court renders its decision in the *Clintwood Elkhorn* matter.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

December 11, 2007