# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed Dec. 13, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report and Motion for Continued Suspension filed on December 11, 2007,

**IT IS ORDERED**, as follows:

1. The Motion for Continued Suspension filed in connection with the Joint Status Report is granted, and this case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report within 15 days of a decision by the United States Supreme Court in Clintwood Elkhorn Mining Co. v. United States, 473 F.3d 1373 (Fed. Cir. 2007), cert granted (U.S. Dec. 3, 2007).

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge