IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T
(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT MOTION FOR LEAVE TO FILE THE ATTACHED STATUS REPORT AND MOTION OUT OF TIME

---

In an Order of December 13, 2007, the Court ordered the parties to file a status report within 15 days of the date on which the Supreme Court decided *United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The Court issued its opinion on April 15, 2008, and the status report should have been filed on April 30. The parties ask the Court for a two day extension of time–from April 30 through May 2, 2008, inclusive–to file the attached status report and motion. This is the first extension the parties have requested for this purpose.

As good cause for this motion, the defendant states that its trial attorney drafted a status report and e-mailed it to the plaintiff's attorney on April 21. She was out of the office until May 1, however; and the defendant's trial attorney was on sick leave on April 30 and May 1.

The plaintiff agrees that defendant may submit this motion as a joint filing.

WHEREFORE the parties ask the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson

Of Counsel

May 2, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-421 T

(Judge Christine Odell Cook Miller)

---

DRUMMOND COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

---

As the Court requested in its Order of December 13, 2007, the parties report that the Supreme Court has now decided that courts lack jurisdiction of claims for refund of coal-excise tax imposed on exports unless the taxpayer has filed a timely refund claim. *See United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The decision in *Clintwood Elkhorn*, will decide all the unresolved issues in the present case if the decision becomes final. Clintwood Elkhorn may petition the Supreme Court for a rehearing on or before May 12, 2008. The parties therefore ask this Court to continue suspension of this case until May 19, 2008.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U. S. Department of Justice
Tax Division
Court of Federal Claims Section
P. O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

May 2, 2008