# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed May 5, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' Joint Motion for Leave To File the Attached Status Report and Motion Out of Time filed on May 2, 2008, is granted, and the Joint Status Report and Motion for Continued Suspension are filed this date. Accordingly,

**IT IS ORDERED**, as follows:

1. The stay in this case is continued.

2. The parties shall file a Joint Status Report by May 19, 2008, stating with particularity the status of a motion for rehearing in United States v. Clintwood Elkhorn Mining Co., 128 S. Ct. 1511 (2008), or, if no motion is contemplated, advising whether a judgment of dismissal without prejudice for lack of subject matter jurisdiction can enter.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge