# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DRUMMOND COMPANY, INC.,** *

Plaintiff, *

v. * No. 01-421T

**THE UNITED STATES,** * (Filed May 21, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Status Report filed on May 19, 2008, stating that no motion for rehearing was filed in United States v. Clintwood Elkhorn Mining Co., 128 S. Ct. 1511 (2008), the ruling of which controlled this case, and there being no just cause for delay,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 41(a)(1), the Clerk of the Court shall dismiss this case without prejudice for lack of subject matter jurisdiction.

s/ Christine O.C. Miller

____________________________________

**Christine Odell Cook Miller**
Judge